**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7128**

———————

GERALD DAVIS FULLER,

                                        Plaintiff - Appellant,

        versus

WASHINGTON COUNTY HOSPITAL; MARK MARTIN,
Captain; RODERICK R. SOWERS, Warden; UNKNOWN
D.O.C. AGENT OR EMPLOYEE,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:05-cv-02333-WMN)

———————

Submitted:  November 21, 2006          Decided:  November 30, 2006

———————

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Gerald Davis Fuller, Appellant Pro Se.  James Sunderland Aist,
ANDERSON, COE & KING, Baltimore, Maryland, Phillip Michael Pickus,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerald Davis Fuller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Fuller's motion for injunction and affirm for the reasons stated by the district court. <u>Fuller v. Washington County Hosp.</u>, No. 1:05-cv-02333-WMN (D. Md. May 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>